# United States District Court

MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

11 OCT 19 AM 11:08

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

BRIAN WEISS

**WARRANT FOR ARREST**

CASE NUMBER: 8:11-CR-477-T-33TBM

**SEALED**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest BRIAN WEISS and bring him forthwith to the nearest magistrate to answer a(n) Indictment charging him with use of a facility of interstate commerce to attempt to knowingly persuade, induce, entice and coerce an individual who has not attained the age of eighteen to engage in sexual activity for which any person can be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

| **Sheryl L. Loesch** | **Clerk, United States District Court** |
|---|---|
| Name & Title of Judicial Officer | Title of Issuing Officer |
| _____ (signature) | 09-14-11 Tampa, Florida |
| Signature of Issuing Officer | Date and Location |
| (By) Deputy Clerk | |

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 10/18/2011 | Renee McAteer, Special Agent | Renee McAteer |

**SEALED**